IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DERRICO LEUTILIO BERETERVIDE,
    Plaintiff,

v.                                                     Civil No. 3:22cv490 (DJN)

HAMPTON ROADS REGIONAL JAIL, *et al.*,
    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on October 5, 2022, the Court conditionally docketed Plaintiff's civil action. (ECF No. 3.) At that time, the Court directed Plaintiff to submit a statement under oath or penalty of perjury that:

    (A)    Identifies the nature of the action;
    (B)    States his belief that he is entitled to relief;
    (C)    Avers that he is unable to prepay fees or give security therefor; and,
    (D)    Includes a statement of the assets he possesses.

(*Id.*); *see* 28 U.S.C. § 1915(a)(1) (setting forth rules for proceedings *in forma pauperis*). The Court provided Plaintiff with an *in forma pauperis* affidavit form for this purpose.

Additionally, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to collection of fees form. The Court warned Plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action. (ECF No. 3, at 3.)

Plaintiff did not comply with the orders of this Court. However, after reviewing its records for another case involving Plaintiff, the Court learned that Plaintiff may have been released from incarceration. (ECF No. 6, at 1.) Accordingly, by Memorandum Order entered on November 17, 2022, the Court directed the Clerk to send a non-prisoner *in forma pauperis*

affidavit to Plaintiff for compliance with the above procedure. (*Id.* at 2.) The Court warned Plaintiff that if he did not complete and return said affidavit in its entirety within thirty (30) days of entry thereof, the matter would be summarily dismissed. (*Id.* at 3.)

Plaintiff has not complied with the orders of this Court. More than thirty (30) days have elapsed since the November 17, 2022 Memorandum Order, and Plaintiff has failed to return a completed *in forma pauperis* affidavit form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a) (providing that "[t]he clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $350"). Such conduct demonstrates a willful failure to prosecute. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b).

An appropriate Final Order shall accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: February 9, 2023